```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
    9th Floor Federal Building
 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone:  (415) 436-7000
    Fax:        (415) 436-6748
 7  Attorneys for the United States of America
```

RECEIVED 2010 NOV -1 A 10:38 RICHARD W. WIE... CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CV 10 4931 JSW

| | |
|---|---|
| UNITED STATES OF AMERICA and LAUANA ALLEN, Revenue Officer, | No. |
| Plaintiffs, | [Proposed] ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| v. | |
| RONALD W. CARTER, | |
| Defendant. | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on <u>November 1</u>, 2010, it is hereby:

**ORDERED** that respondent Ronald W. Carter appear before this Court on the 14th day of <u>January 2011</u> ~~2010~~, at <u>9:00 a.m.</u> .m., in Courtroom No. <u>11</u>, <u>19th</u> Floor, United States District Court, <u>450 Golden Gate Ave., San Francisco, CA</u> ~~1301 Clay Street, Oakland, California~~, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1. **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this 10th day of November, 2010, at ~~Oakland~~ San Francisco, California.

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                    2