MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7000
 FAX:      (415) 436-6748
Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and LAUANA ALLEN, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　v.<br><br>RONALD W. CARTER,<br><br>　　　　Respondent. | No. CV 10-4931-JSW<br><br>STIPULATED REQUEST TO CONTINUE HEARING ON ORDER TO SHOW CAUSE AND [PROPOSED] ORDER<br><br>Date: February 18, 2011<br>Time: 9:00 a.m. |

　　The United States of America, Petitioner, and Ronald W. Carter, Respondent, agree, subject to the Court's approval, as follows:

　　That the hearing on the Order to Show Cause, currently scheduled for January 14, 2011, be rescheduled to February 18, 2011, in order to enable Respondent to comply with the summons.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| IT IS SO STIPULATED: | | MELINDA HAAG<br>United States Attorney |
| Date: January 4, 2011 | | /s/ Cynthia Stier<br>CYNTHIA L. STIER<br>Assistant United States Attorney<br>Tax Division |
| Date: January 4, 2011 | | /s/<br>RONALD W. CARTER<br>Respondent |

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that the hearing on the Order to Show Cause, currently scheduled for January 14, 2011, at 9:00 a.m. is rescheduled to February 18, 2011, at 9:00 a.m.

DATED: January 5, 2011

JEFFREY S. WHITE
United States District Judge

Stipulation and [Proposed] Order
US v. Carter,
CV 10-4931 JSW                                  2